HENRY SUNDHEIMER, Respondent, *v.* THE CITY OF NEW YORK, Appellant.

*Sundheimer* v. *City of New York,* 105 App. Div. 642, affirmed.
(Argued November 20, 1905; decided December 5, 1905.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, made June 9, 1905, which affirmed an order of Special Term denying a motion for retaxation of costs.

The following question was certified : " Has a plaintiff who commences an action against The City of New York prior to January 1, 1902, such a right under section 261 of the Greater New York Charter as entitled him, when he recovered a judgment for less than fifty dollars subsequent to its amendment by chapter 466 of the Laws of 1901, to a full bill of costs ?"

*John J. Delany, Corporation Counsel* (*Theodore Connoly* and *Terence Farley* of counsel), for appellant.

*Augustus Van Wyck* and *Jacob Friedman* for respondent.

Order affirmed, with costs; question certified answered in the affirmative; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.